

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

MEMO ENDORSED

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8498

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

JAMES B. GLUCKSMAN, ESQ.
WRITER DIRECT (914) 381-7400
JBG@DHCLEGAL.COM

BY ECF

January 14, 2022

Honorable Kenneth M. Karas
U.S. District Court, Southern District of N.Y.
Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: In Re: Mark A. Nordlicht - Bankruptcy Appeal
      21 cv. 05990 (KMK)

Dear Sirs/Madams:

  This office represents Richard Stadtmauer and Marisa Stadtmauer (together, "Appellants" or the "Stadtmauers"), the Appellants in this proceeding. This letter is respectfully written to request an extension of the briefing deadlines set by Fed.R.Bankr.P. Rule 8018 from January 24, 2022 to March 15, 2022. This request has the consent of Michael Levine, Esq., Levine & Associates, P.C. Attorneys for Appellees Dahlia Kalter, 535 W.E.A. Group LLC, OBH 2308 LLC, Gilad Kalter Cook Islands Trust Limited and Trenor Investment Partners LP, and Mark Tulis, Chapter 7 Trustee, represented by Salvatore Lamonica, Esq., LaMonica Herbst & Maniscalco, LLP,

  The request is being made for the reason that Appellants have two Appellees' briefs to which to respond. Further, in the immediate ten days prior to the January 24, 2022 date on which the Reply Brief is due, Appellants' counsel has a number of major hearings schedule for, among other dates, January 20, 2022. Both sets of Appellees' counsel has consented to this request. Appellants respectfully request that the Court grant this extension.

DAVIDOFF HUTCHER & CITRON LLP

January 14, 2022

Honorable Kenneth M. Karas
U.S. District Court, Southern District of N.Y.
Page 2

    If you have any questions or concerns, please to not hesitate to contact this office.

Respectfully,

DAVIDOFF HUTCHER & CITRON, LLP

*Attorneys for Richard Stadtmauer and Marisa Stadtmauer*

By: */s/ James B. Glucksman*
    James B. Glucksman, Esq.

JBG/
Cc (By EElectronic Mail):

Michael Levine, Esq.
Salvatore Lamonica, Esq.

Cc (By Electronic Court Filing):

All Parties Receiving ECF Notice of Docketing

---

Granted, but there will be no further extensions.

So Ordered.

/s/ KMK

1/18/22