UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: MARK A. NORDLICHT,

                Debtor.
------------------------------------------------------------X

RICHARD STADTMAUER and
MARISA STADTMAUER,

                Appellants,                21 **CIVIL** 5990 (KMK)

     -against-                            **JUDGMENT**

MARK A. NORDLICHT, DAHLIA KALTER,
535 W.E.A. GROUP LLC, OBH 2308 LLC,
NYFLA INVESTORS LLC, GILAD KALTER
COOK ISLANDS TRUST LIMITED, TRENOR
INVESTMENT PARTNERS LP, HENLEY
INVESTMENT PARTNERS LP, JOHN DOES
1–50, and MARK S. TULIS, as Chapter 7 Trustee,

                Appellees.
------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 19, 2022, the Stadtmauers' appeal is denied and the Order of the Bankruptcy Court is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
          May 20, 2022

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
              **BY:**       *K. Mango*
                                        **Deputy Clerk**